United States Bankruptcy Court
for the Eastern District of Pennsylvania

In Re:                                    Chapter 13
    JOHN PAUL  LAFFERTY
    KARLENE K  LAFFERTY

Debtor(s)                                 Bankruptcy No.
                                          1012890  ELF

OBJECTION OF CHAPTER 13 TRUSTEE
TO CONFIRMATION OF PLAN OF DEBTOR(S)

AND NOW comes, WILLIAM C. MILLER, ESQUIRE, chapter 13 standing trustee,
to object to confirmation of the chapter 13 plan of debtor(s), because
it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the
Bankruptcy Code, and/or debtor(s) has/have failed to provide information,
evidence, or corrections to the petition, schedules, statements or other
documents filed by debtor(s) to enable the standing trustee to evaluate
the Plan for confirmation, as follows:

Debtor(s) has/have failed to file an amended plan as directed at the
meeting of creditors held under 11 U.S.C. Section 341(a).

WHEREFORE, the standing trustee requests that the Court enter an order in
the form annexed hereto denying confirmation of the Plan.

                          Respectfully submitted,
                          /s/ William C. Miller

                          _____
                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee